UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas J. Olsen, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SmileDirectClub, LLC, <br><br> Defendant. | ECF CASE <br><br> No.: 1:19-cv-00726 (KPF) |

NOTICE OF DISMISSAL WITH PREJUDICE

With Defendant neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Thomas J. Olsen LLC, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorney's fees, and other fees.

No motion for class certification has been filed, and no class has been certified in this action.  Accordingly, class notice and Court approval of this voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: March 18, 2019
New York, New York

s/ Christopher H. Lowe
Christopher H. Lowe
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Chris@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Application GRANTED.

Dated:     March 19, 2019         SO ORDERED.
           New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE